**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1,** § § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | NO. 3:15-cv-0184-N-BF | |
| § | | |
| **JEFFREY G. GOMEZ and ALL OCCUPANTS,** § § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 22, 2015, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** April 27, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE